**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas Andrew Jaycox dba TDCB Webs<br>　　　　　　Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17<br>　　　　　　Movant<br>　　vs. | NO. 17-14077 JKF |
| Thomas Andrew Jaycox dba TDCB Webs<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this 13th day of November, 2017, upon failure of Debtor ~~and the Trustee~~ to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with respect to the subject premises located at 6624 Peacock Boulevard, Morrow, GA 30260 ("Property), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the security deed on the Property~~, including but not limited to the right to carry out a foreclosure sale of the Property, and to record the deed conveying title to the Property~~.

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Thomas Andrew Jaycox dba TDCB Webs
154 Duck Farm Road
Oxford, PA 19363

Joseph L. Quinn
152 E. High Street, Suite 100
Pottstown, PA 19464

Polly A. Langdon
Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532