IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas Andrew Jaycox              :         Chapter 13
        Debtor              :         Bankruptcy No.: 17-14077-jkf
_____

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor, hereby certify that a true and correct copy of Debtor's First Amended Chapter 13 Plan was forwarded to the following parties on December 19, 2017:

*via USPS, First Class Mail, Postage Pre-Paid:*

Jennifer Roberts, Bank. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Sheffield Financial
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S.
2001 Western Avenue, Ste 400
Seattle, WA 98121

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

*via Electronic Filing (ECF):*

Danielle Boyle-Ebersole on behalf of HSBC Bank USA, N.A., as Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Lisa Cancanon on behalf of USAA Federal Savings Bank
LisaC@w-legal.com

Kevin S. Frankel on behalf of Nationstar Mortgage LLC
pa-bk@logs.com

Jeremy John Kobeski on behalf of Bank of America, N.A.
jeremy.kobeski@phelanhallinan.com

James P. Shay on behalf of Bank of America, N.A.
james.shay@phelanhallinan.com

Thomas Young.Hae Song on behalf of Bank of America, N.A.
pa.bkecf@fedphe.com

Joseph Jasper Swartz on behalf of PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

Matthew Christian Waldt on behalf of Bank of America, N.A.
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Matteo Samuel Weiner on behalf of The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certif
bkgroup@kmllawgroup.com

Polly A. Langdon on behalf of Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

          LAW OFFICE OF STEPHEN J. ROSS, PC

By:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@SJR-LAW.com
      Counsel for Debtor

Date:  December 19, 2017