IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| THOMAS A. JAYCOX, | : | |
| | : | DOCKET NO.: 17-14077-SR |
|                   DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|                   MOVANT | : | HEARING DATE & TIME: |
| | : | JANUARY 25, 2018, at 9:30 A.M. |
|                   v. | : | |
| | : | |
| THOMAS A. JAYCOX, | : | |
| | : | RELATED TO DOCKET NO.: 58 |
|                   RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on January 10, 2018, by:

**17-14077-JKF Notice will be electronically mailed to:**

Danielle Boyle-Ebersole at debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Kvein M. Buttery at bkyefile@rasflaw.com

Lisa Cancanon at LisaC@w-legal.com

Kevin S. Frankel at pa-bk@logs.com

Jeremy John Kobeski at jeremy.kobeski@phelanhallinan.com

Polly A. Langdon at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Joseph L. Quinn at CourtNotices@sjr-law.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

James P. Shay at james.shay@phelanhallinan.com

Thomas Young.Hae Song at paeb@fedphe.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Matthew Christian Waldt at mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-14077-JKF Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norkfolk, VA  23541


EXECUTED ON:  January 11, 2018

                                              Respectfully submitted by,


                                  By:    /s/ Joseph J. Swartz
                                               Counsel
                                               PA Department of Revenue
                                               Office of Chief Counsel
                                               P.O. Box 281061
                                               Harrisburg, PA 17128-1061
                                               PA Attorney I.D.:  309233
                                               Phone: (717) 346-4645
                                               Facsimile: (717) 772-1459
                                               JoseSwartz@pa.gov