## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  IN RE:  Thomas Andrew Jaycox dba TDCB Webs<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17<br>　　　　　　　　Movant<br>　　vs.<br><br>Thomas Andrew Jaycox dba TDCB Webs<br>　　　　　　　　Respondent<br>　　　　　　　　And<br>Deborah C. Jaycox<br>Frederick L. Reigle Esq.<br>　　　　　　　　Additional Respondents | NO. 17-14077 JKF<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

　　　　AND NOW, this 3rd day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 6624 Peacock Boulevard, Morrow, GA 30260 ("Property), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jean K. FitzSimon_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Thomas Andrew Jaycox dba TDCB Webs
154 Duck Farm Road
Oxford, PA 19363

Deborah C. Jaycox
154 Duck Farm Road
Oxford, PA 19363

Joseph L. Quinn
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532