United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14077-jkf
Thomas Andrew Jaycox                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2            Date Rcvd: Apr 03, 2018
                            Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
db          +Thomas Andrew Jaycox,   154 Duck Farm Road,   Oxford, PA 19363-4212
cr           BANK OF AMERICA, N.A.,   PO BOX 31785,    TAMPA, FL 33631-3785
cr          +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
cr          +The Bank of New York Mellon,   Robertson, Anschutz & Schneid,   6409 Congress Ave, Suite 100,
              Boca Raton, FL 33487-2853
13996217    +THE BANK OF NEW YORK MELLON,   as successor to JP Morgan Chase Bank NA,
              c/o MATTEO SAMUEL WEINER,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:40     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2018 01:46:06
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2018 01:46:24     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 01:50:33     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr          +E-mail/Text: bncmail@w-legal.com Apr 04 2018 01:46:19     USAA Federal Savings Bank,
              c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    HSBC Bank USA, National Association, as
           Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan
           Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES P. SHAY    on behalf of Creditor   Bank of America, N.A. james.shay@phelanhallinan.com
          JEREMY JOHN KOBESKI    on behalf of Creditor   Bank of America, N.A.
           jeremy.kobeski@phelanhallinan.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSEPH L QUINN    on behalf of Debtor Thomas Andrew Jaycox CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
           Rate Mortgage Loan Trust Mortgage Pass-Through Certif bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon bkyefile@rasflaw.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          LISA CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
           Rate Mortgage Loan Trust Mortgage Pass-Through Certif bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of America, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com

```
District/off: 0313-2           User: John                 Page 2 of 2                 Date Rcvd: Apr 03, 2018
                               Form ID: pdf900            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  IN RE:  Thomas Andrew Jaycox dba TDCB Webs<br><br>Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17<br><br>Movant<br>vs. | NO. 17-14077 JKF<br><br>11 U.S.C. Sections 362 and 1301 |
| Thomas Andrew Jaycox dba TDCB Webs<br>Respondent<br>And<br>Deborah C. Jaycox<br>Frederick L. Reigle Esq.<br>Additional Respondents | |

## **ORDER**

AND NOW, this  3rd  day of  April  , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 6624 Peacock Boulevard, Morrow, GA 30260 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Thomas Andrew Jaycox dba TDCB Webs
154 Duck Farm Road
Oxford, PA 19363

Deborah C. Jaycox
154 Duck Farm Road
Oxford, PA 19363

Joseph L. Quinn
152 E. High Street, Suite 100
Pottstown, PA 19464

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532