IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas Andrew Jaycox d/b/a TDCB Webs,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>    Movant,<br>v.<br>Thomas Andrew Jaycox d/b/a TDCB Webs,<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>17-14077/JKF<br><br>11 U.S.C. § 362 |
| Frederick L. Reigle, Trustee,<br>   Additional Respondent. | |

**O R D E R**

AND NOW, this __12th__ day of __April__, 2018, after notice to all required parties and certification of default under the terms of this Court's Order of November 13, 2017 it is

ORDERED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 154 Duck Farm Drive, East Nottingham, PA 19363; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE