```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 17-14077-jkf
Thomas Andrew Jaycox                                           Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John               Page 1 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db             +Thomas Andrew Jaycox,    154 Duck Farm Road,    Oxford, PA 19363-4212
cr              BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL 33631-3785
cr             +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +The Bank of New York Mellon,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
13932929       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
13963757       +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    PO Box 619094,    Dallas, TX 75261-9094
13935959       +Nationstar Mortgage LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia PA 19406-4702
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2018 01:54:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr             +E-mail/Text: bncmail@w-legal.com Apr 14 2018 01:51:23      USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13941623*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    HSBC Bank USA, National Association, as
           Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan
           Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JAMES P. SHAY    on behalf of Creditor    Bank of America, N.A. james.shay@phelanhallinan.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    Bank of America, N.A.
           jeremy.kobeski@phelanhallinan.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSEPH L QUINN    on behalf of Debtor Thomas Andrew Jaycox CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
           Rate Mortgage Loan Trust Mortgage Pass-Through Certif bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon bkyefile@rasflaw.com
```

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Apr 13, 2018
                              Form ID: pdf900            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
        LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certif bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                     TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas Andrew Jaycox d/b/a TDCB Webs, <br>    Debtor. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER <br> 17-14077/JKF |
| Nationstar Mortgage LLC, <br>    Movant, <br> v. <br> Thomas Andrew Jaycox d/b/a TDCB Webs, <br>    Debtor, <br><br> Frederick L. Reigle, Trustee, <br>    Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __12th__ day of __April_____, 2018, after notice to all required parties and certification of default under the terms of this Court's Order of November 13, 2017 it is

ORDERED ~~AND DECREED~~ that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 154 Duck Farm Drive, East Nottingham, PA 19363; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE