IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Thomas Andrew Jaycox,         :         Chapter 13
              Debtor                         :         Bankruptcy No.: 17-14077-jkf

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Thomas Andrew Jaycox, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on December 21, 2017.

3. A certificate of service was filed with this Court on December 21, 2017 declaring timely service to parties in interest.

4. A certificate of no response to Counsel's application for compensation was filed with this Court on January 16, 2018.

5. As per the dismissal order dated April 25, 2018, Counsel certifies:

    a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

    b. No additional applications for payment of administrative expenses have been filed.

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       152 E. High Street, Suite 100
       Pottstown, PA  19464
       T: (610) 323 - 5300
       F: (610) 323 - 6081

Date: May 17, 2018       JQuinn@sjr-law.com