United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-14077-jkf
Thomas Andrew Jaycox                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: May 21, 2018
                             Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db              +Thomas Andrew Jaycox,    154 Duck Farm Road,    Oxford, PA 19363-4212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2018 02:00:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                          TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   HSBC Bank USA, National Association, as
           Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan
           Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES P. SHAY   on behalf of Creditor   Bank of America, N.A. james.shay@phelanhallinan.com
          JEREMY JOHN KOBESKI   on behalf of Creditor   Bank of America, N.A.
           jeremy.kobeski@phelanhallinan.com
          JOSEPH JASPER SWARTZ   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSEPH L QUINN   on behalf of Debtor Thomas Andrew Jaycox CourtNotices@sjr-law.com
          KEVIN G. MCDONALD   on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
           Rate Mortgage Loan Trust Mortgage Pass-Through Certif bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   The Bank of New York Mellon bkyefile@rasflaw.com
          KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
          LISA  CANCANON   on behalf of Creditor   USAA Federal Savings Bank LisaC@w-legal.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
           YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable
           Rate Mortgage Loan Trust Mortgage Pass-Through Certif bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Bank of America, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 16

**UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | \| | **Chapter 13** |
| **Thomas Andrew Jaycox** | \| | |
| **Debtor(s)** | \| | **BK No. 17-14077-jkf** |

### O R D E R

   **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

   It is hereby **ORDERED** that:

1.   The Application is **GRANTED.**

2.   Compensation is **ALLOWED** in favor of the Applicant in the amount of **$7,578.50.**

3.   Expenses are **ALLOWED** in favor of the Applicant in the amount of **$83.00.**

4.   The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth less $1,500.00 which was paid by the Debtor(s) prepetition.**

BY THE COURT:

Dated: May 21, 2018

_____
HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE